UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:23-CR-335-1D
Civil No. 5:25-CV-440-D

EARL LAMONT TAYLOR,           )
                              )
             Petitioner,      )
                              )
     v.                       )         ORDER
                              )
UNITED STATES OF AMERICA,     )
                              )
             Respondent.      )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 18 day of August, 2025.

                                    HONORABLE JAMES C. DEVER III
                                    UNITED STATES DISTRICT JUDGE